NUMBER 13-00-047-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________ 


ISOIF LEVITAN , Appellant, 



v.

 
ALEX GENIN, ET AL. , Appellees. 

____________________________________________________________________ 


On appeal from the 164th District Court

of Harris County, Texas.

____________________________________________________________________ 



O P I N I O N

Before Chief Justice Seerden and Justices Dorsey and Rodriguez

Opinion Per Curiam



Appellant, ISOIF LEVITAN , perfected an appeal from a judgment entered by the 164th District Court of Harris County,
Texas, in cause number 96-18167 . After the record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that this case has been resolved and appellant no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal. 

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 8th day of June, 2000 .